UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRON McLEAD, | 1:02-cv-6465-OWW DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13) |
| vs. | **ORDER DISMISSING ACTION** |
| MILLS, et al., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 24, 2003, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On October 22, 2003, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the

1

1  entire file, the Court finds the Findings and Recommendation to
2  be supported by the record and by proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.   The Findings and Recommendation, filed September 24,
5  2003, are ADOPTED IN FULL; and,
6      2.   This action is DISMISSED based on Plaintiff's failure
7  to state a claim upon which relief may be granted.
8  IT IS SO ORDERED.

**Dated:   November 22, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE